# NO. 12-10-00106-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BENJAMIN GEORGE SIMPSON,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant was convicted of assault causing bodily injury and sentenced to one year of confinement in the Anderson County Jail. After sentencing, Appellant filed a notice of appeal and a motion for new trial. We have received a copy of the trial court's order granting Appellant's motion for new trial. This order renders this appeal moot. Accordingly, we ***dismiss*** the appeal.

Opinion delivered June 9, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)